638

Auth., appellee, at No. 2599; Gerald Garfinkle, for Willis, appellee, at No. 2600.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Orders affirmed.

425 A.2d 16

Van Arkel et al. v. Kendor, Ltd. et al., Appellants.

Argued June 26, 1979.

John L. Jenkins, for appellants; Stephen Levin, for appellees.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

425 A.2d 16

Weisenthal, etc., Appellant v. Trustees of University of Pennsylvania et al.

---

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached following the death of Robinson, J.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached following the death of Robinson, J.

Argued September 11, 1979. Henry J. Donner, for appellant; Thomas Leach, for Trustees, appellees, Buford W. Tatum, II, for Redevelopment, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

425 A.2d 17

Whitman v. Whitman, Appellant.

Argued march 20, 1979. Francis P. O'Hara, for appellant; Leonard F. Markel, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce.

425 A.2d 17

333 Fourth Ave, Ltd., etc. v. Albright, Appellants.

Argued September 12, 1979. George E. Ewing, for appellants; James H. McCune, for appellees.

Before CERCONE, P. J., and CAVANAUGH and HOFFMAN, JJ.

Judgment affirmed.